FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 17, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RANDY EUGENE VOYLES,<br><br>                Plaintiff,<br><br>    v.<br><br>C/O PHILLIPS and ED BROWN,<br><br>                Defendants. | No. 4:17-CV-05183-EFS<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Without paying the $400.00 fee to commence this action, or submitting an application to proceed in forma pauperis, Plaintiff Randy Eugene Voyles presented a pro se civil rights complaint on November 16, 2017, which was mailed from the Coyote Ridge Corrections Center, ECF No. 1. The Clerk of Court was notified on November 16, 2017, that Plaintiff was not at that facility and his address was not known. ECF No. 4. The Court has attempted, but has been unable, to find a current address for Plaintiff. He has filed nothing further in this action, and the Court must assume he has chosen not to pursue this litigation.

///

//

/

ORDER DISMISSING ACTION WITHOUT PREJUDICE-- 1

Accordingly, **IT IS HEREBY ORDERED:** this action is **DISMISSED without prejudice** for failure to comply with the filing fee provisions of 28 U.S.C. §§ 1914 and 1915(a).

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, provide a copy to Plaintiff at his last known address, and close the file.

**DATED** this  16th   day of January 2018.

s/Edward F. Shea
EDWARD F. SHEA
Senior United States District Judge
